IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BOROUGH OF MOOSIC, et al.,

    Plaintiffs,

v.

DARWIN PROFESSIONAL
UNDERWRITERS, INC., et al.,

    Defendants.

3:11-CV-1689
(JUDGE MARIANI)

FILED
SCRANTON
NOV 1 3 2017

PER _____ DEPUTY CLERK

ORDER

AND NOW, THIS 13th DAY OF NOVEMBER, 2017, upon receipt of the parties' joint status report, (Doc. 58), **IT IS HEREBY ORDERED THAT** this case will **REMAIN STAYED** until **December 1, 2017**, to allow the parties to engage in settlement negotiations. On or before December 1, 2017, the parties shall submit a joint report to the Court detailing the status of the case.

Robert D. Mariani
United States District Judge